Matthew A. Colvin  (TX 24087331)
Carl E. Bruce  (TX  24036278)
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
E-mail: colvin@fr.com
E-mail: bruce@fr.com
Tel: (214) 747-5070
FAX: (214) 747-2091

*Attorneys For Plaintiffs*

**Additional Counsel Listed on Signature Page**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas corporation,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**SGC, LLC, an Arizona limited liability company, d/b/a Scottsdale Gun Club,**<br>**and**<br>**TERENCE D SCHMIDT, an individual,**<br>**and**<br>**RONALD KENNEDY, an individual**<br><br>*Defendants*. | **CASE NO. 2:26-cv-00085-JFM**<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF MOTION TO TRANSFER AND CONSOLIDATE RELATED CASES**

1

Pursuant to United States Judicial Panel on Multidistrict Litigation Rule of Procedure 4.1, Plaintiffs ABC IP, LLC and Rare Breed Triggers, Inc. (collectively "Plaintiffs") hereby provide notice regarding MDL proceedings pertinent to this case. *See In re: Super Safety Patent Litigation*, MDL No. 3176.

1. On December 23, 2025, defendants in related actions ("Movants") filed a Motion to Transfer for Coordination or Consolidation Under 28 U.S.C. § 1407 ("MDL Motion") before the Judicial Panel on Multidistrict Litigation ("Panel").

2. On January 13, 2026, Plaintiffs filed a Response to Defendants' Motion to Transfer for Coordination or Consolidation Under 28 U.S.C. § 1407 ("MDL Response") before the Panel.

3. On January 20, 2026, Movants filed a Reply in Support of Their Motion to Transfer for Coordination or Consolidation Under 28 U.S.C. § 1407 ("MDL Reply") before the Panel.

Copies of the MDL Motion, MDL Response, and MDL Reply and all attachments are attached hereto.

| | |
|---|---|
| DATED: February 5, 2026 | Respectfully submitted, |

*/s/ Matthew A. Colvin*
Matthew A. Colvin
Texas Bar No. 24087331
Carl E. Bruce
Texas Bar No. 24036278
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
E-mail: colvin@fr.com
E-mail: bruce@fr.com
Tel: (214) 747-5070
Fax: (214) 747-2091

Ben Christoff
DC Bar No. 1025635
**FISH & RICHARDSON P.C.**
1001 Maine Avenue SW, Suite 1000
Washington, DC 20024
E-mail: christoff@fr.com
Tel: (202) 783-5070
Fax: (202) 783-2331

Glenn D. Bellamy
Ohio Bar No. 0070321
**WOOD HERRON & EVANS LLP**
600 Vine Street, Suite 2800
Cincinnati OH 45202
E-mail: gbellamy@whe-law.com
Tel: (513) 707-0243
Fax: (513) 241-6234

*Attorneys for Plaintiffs*
*ABC IP, LLC and Rare Breed Triggers, Inc.*