Benjamin A. Longbottom (#038602)
HOLLAND & HART LLP
2398 E. Camelback Road, Suite 650
Phoenix, AZ 85016
Telephone: +1.303.295.8474
balongbottom@hollandhart.com

Paul D. Swanson *
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80202
Telephone: +1.303.295.8578
pdswanson@hollandhart.com

Timothy Getzoff *
HOLLAND & HART LLP
1800 Broadway, Suite 300
Boulder, CO 80302
Telephone: +1.303.473.2734
tgetzoff@hollandhart.com

*Attorneys for Defendants*

* Pro hac vice applications forthcoming

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ABC IP, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SGC, LLC, et al., <br><br> Defendants. | No. 2:26-cv-00085-KML <br><br> **NOTICE OF DEFENDANT'S BRIEF IN RESPONSE TO MOTION TO TRANSFER AND CONSOLIDATE RELATED CASES** |

1  On February 5, 2026 Plaintiffs filed a Notice of Motion to Transfer and Consolidate
2  Related Cases (Dkt. 23).
3  Plaintiffs' Notice identifies and attaches three MDL filings pertinent to this case but omits
4  the Interested Party Response filed on January 30, 2026 by the Partisan Network in MDL No.
5  3176 (Dkt. 17) on behalf of Defendant SGC, LLC and other parties. SGC submits that filing,
6  attached here as Exhibit A, to complete Plaintiffs' Notice.
7  Dated: February 6, 2026

**HOLLAND & HART LLP**

By: */s/ Benjamin A. Longbottom*
    Benjamin A. Longbottom (#038602)
    2398 E. Camelback Road, Suite 650
    Phoenix, AZ 85016
    Telephone: +1.303.295.8474
    balongbottom@hollandhart.com

    Paul D. Swanson *
    HOLLAND & HART LLP
    555 17th Street, Suite 3200
    Denver, CO 80202
    Telephone: +1.303.295.8578
    pdswanson@hollandhart.com

    Timothy Getzoff *
    HOLLAND & HART LLP
    1800 Broadway, Suite 300
    Boulder, CO 80302
    Telephone: +1.303.473.2734
    tgetzoff@hollandhart.com

*Attorneys for Defendants*

* Pro hac vice applications forthcoming

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants in this case.

/s/ Benjamin A. Longbottom

37000745